UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

VIRGINIA WILLMAN,

        Plaintiff,

v.                                                    Case No. 21-C-811

ANDREW SAUL, Commissioner of Social Security,

        Defendant.

---

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

---

Plaintiff Virginia Willman has filed a complaint seeking review of the decision of the Commissioner of Social Security and has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting an inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence.

Upon review of that affidavit, Plaintiff lists $5,500.00 in cash, checking, or savings accounts. When asked to state the amount of money received from any other source within the last twelve months, Willman is silent regarding the government stimulus funds received. Based on this information, Plaintiff does not appear to be indigent and has an ability to pay the full filing fee. Accordingly, Plaintiff's request to proceed *in forma pauperis*, (Dkt. No. 4), is DENIED. Plaintiff shall pay the filing fee within 21 days of the date of this order or risk dismissal.

**SO ORDERED** at Green Bay, Wisconsin this 6th day of July, 2021.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge